UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHELLE M. MORSON,

Plaintiff,

v.

THE REFORM PARTY OF MINNESOTA, RICHARD McCLUHAN, ABC CORPORATION, XYZ CORPORATION, JOHN DOE, and JANE DOE,

Defendants.

00 CV 1267 DDA/FLN

**ORDER OF DISQUALIFICATION**

---

The above-entitled action has been assigned to the undersigned, a judge of the above court. Counsel for one of the parties is a member of the law firm of which the undersigned was formerly a partner and of which his son is now a partner. Accordingly, his impartiality might reasonably be questioned. Thus, the undersigned, does hereby disqualify himself pursuant to 28 U.S.C. § 455.

Upon the foregoing,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

DATED: June 28, 2000.

[signature]
DONALD D. ALSOP, Senior Judge
United States District Court

FILED JUN 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Please Use new case number

00 - 1267 JMR/FLN