GISLASON&HUNTER LLP

ATTORNEYS AT LAW

NEW ULM MINNEAPOLIS MANKATO MAPLETON DES MOINES

OF COUNSEL
Donald F. Hunter[3]
James H. Malecki
Ruth Ann Webster

Daniel A. Gislason†
C. Thomas Wilson
Marlin R. Kunard
David D. Alsop
Barry G. Vermeer[1]*
Gary W. Koch[1,2]
Timothy P. Tobin[2]*
Roger H. Gross[1]*
David W. Sturges[4]†
R. Stephen Tillitt*†
Mark S. Ullery
Jeff C. Braegelmann
Reed H. Glawe[1]
Wade R. Wacholz[1]
Noel L. Phifer
Laura L. Myslis[1]
Andrew A. Willaert[1]
Daniel A. Beckman
Michael S. Dove
Dustan J. Cross[1]
James R. Gowling[1]
Roger L. Kramer*†
Loree A. Nelson[5]
Christopher E. Sandquist
Peter M. Sand[5]
Sara N. Wilson
Christopher P. Rosengren
Kathleen M. Loucks[1]
Sarah M. MacGillis
Dan J. Hoehn†
Anthony Gabor
David C. Kim
Ryan R. Dreyer
Angela M. Nelson[2]
Timothy J. Crocker
Mary Kay Mages
Justin P. Weinberg†
Benjamin D. Swanson[5]

**MINNEAPOLIS OFFICE**
Suite 215E
9900 Bren Road East
Minnetonka, MN 55343-9666

MAILING ADDRESS
PO Box 5297
Hopkins, MN 55343-2297

PHONE: 952-933-9900
FAX: 952-933-0242

WEB SITE: www.gislason.com

Also admitted in:
[1] Iowa
[2] Wisconsin
[3] Illinois
[4] Admitted only in Virginia
[5] Admitted only in Iowa

* Civil Trial Specialist
† Qualified ADR Neutral

Sidney P. Gislason
(1908-1985)
Robert M. Halvorson
(1945-1993)
C. Allen Dosland
(Retired)

January 3, 2006

**Via E-Filing**

U.S. District Court
Clerk's Office
300 South Fourth Street
Minneapolis, MN 55415

Re: Michelle Morson v. Rick McCluhan, et al
Court File No: 00 CV 1267 JMR/FLN
Our File: 16240-001

Dear Sir or Madam:

Please be advised that Barbara L. Forry is no longer with our firm and all correspondence regarding the above-referenced matter should be directed to Timothy P. Tobin (attorney I.D. #127887) of our firm. Please change your records accordingly.

Very truly yours,

Timothy P. Tobin
*ttobin@gislason.com*

TPT/sjl

MPLIB:252118.1